CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
*chaz@raineylegal.com*
RAINEY LEGAL GROUP, PLLC
9340 W. Martin Avenue, Second Floor
Las Vegas, Nevada 89148
+1.702.425.5100 (ph)
+1.888.867.5734 (fax)
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PTG NEVADA, LLC, a Nevada limited-liability company,

        Plaintiff,

vs.

DOES 1 – 14

        Defendants

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:16-cv-231-APG (PAL)

## PROPOSED ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY PRIOR TO RULE 26(f) CONFERENCE

COMES NOW, the Plaintiff PTG NEVADA, LLC, by and through its counsel of record, CHARLES C. RAINEY, ESQ. of the RAINEY LEGAL GROUP, and hereby proposes the following ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY PRIOR TO RULE 26(f) CONFERENCE, attached as Exhibit "**1**" and incorporated herein by reference.

*Respectfully submitted, this 10th Day of February 2016*

        /s/ Charles Rainey
        CHARLES C. RAINEY, ESQ.
        Nevada Bar No. 10723
        RAINEY LEGAL GROUP, PLLC
        *Attorney for Plaintiff*

RAINEY LEGAL GROUP PLLC
9340 W. Martin Avenue
Las Vegas, Nevada 89148
+1.702.425.5100 (ph) / +1.888.867.5734 (fax)

1

# EXHIBIT "1"

CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
*chaz@raineylegal.com*
RAINEY LEGAL GROUP, PLLC
9340 W. Martin Avenue, Second Floor
Las Vegas, Nevada 89148
+1.702.425.5100 (ph)
+1.888.867.5734 (fax)
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PTG NEVADA, LLC, a Nevada limited-liability company, | ) ) Case No.: 2:16-cv-231-APG (PAL) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| DOES 1 – {00} | ) ) |
| Defendants | ) ) |

## ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY PRIOR TO RULE 26(f) CONFERENCE

On February 5, 2016, Plaintiff PTG NEVADA, LLC, by and through its counsel of record, CHARLES C. RAINEY, ESQ. of the RAINEY LEGAL GROUP, filed its EX PARTE MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY PRIOR TO RULE 26(f) CONFERENCE (the "Pending Motion").

Having reviewed, the pleadings and papers on file herein, and for food cause appearing, the Court hereby grants the Pending Motion.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 22, 2016

RAINEY LEGAL GROUP PLLC
9340 W. Martin Avenue
Las Vegas, Nevada 89148
+1.702.425.5100 (ph) / +1.888.867.5734 (fax)

1